United States District Court
Southern District of Texas
**ENTERED**
March 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANCISCO MIGUEL CORTEZ-SPINOLA, | § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:26-CV-154 |
| MICHAEL J. PITTS, *et al.*, | § § § | |
| Respondents. | § | |

## ORDER

Petitioner Francisco Miguel Cortez-Spinola is in the custody of Immigration and Customs Enforcement at the Port Isabel Service Detention Center in Cameron County, Texas. In this habeas action, Petitioner contests Respondents' ability to detain him without a bond hearing under 8 U.S.C. § 1225(b)(2)(A).

Petitioner concedes that the Fifth Circuit's ruling in *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026) forecloses his statutory arguments. But he contends that *Buenrostro* did not address whether the Fifth Amendment's Due Process Clause permits Respondents to detain an individual under Section 1225(b)(2)(A) without an opportunity to seek bond, or whether Respondents' policy violates the Equal Protection Clause of the Fourteenth Amendment.

To facilitate the Court's consideration of the issues that Petitioner presents, it is:

**ORDERED** that by no later than March 27, 2026, Respondents shall file a Response to the issues raised in the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. 241 and Complaint for Declaratory and Injunctive Relief (Doc. 1); and

**ORDERED** that by no later than April 7, 2026, Petitioner Francisco Miguel Cortez-Spinola shall file a Reply in support of the relief that he requests.

Signed on March 13, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge